**Order entered September 17, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00437-CV

**IN RE CHASE MYRICK, SCALE & CHANGE LLC AND SCALE & CHANGE MANAGEMENT LLC, Relators**

**Original Proceeding from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-21-0466**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus. We also **LIFT** the stay issued by this Court's June 22, 2021 order.

/s/ DAVID J. SCHENCK
   JUSTICE